Argued and submitted April 13, reversed and remanded for reconsideration
May 13, 1992

In the Matter of the Compensation of
Cashnita Harris, Claimant.
KAISER HEALTH PLAN,
*Petitioner,*

*v.*

Cashnita HARRIS,
*Respondent.*

(WCB 89-25951; CA A69001)

829 P2d 1058

Craig A. Staples, Portland, argued the cause for petitioner. With him on the brief was Roberts, Reinisch, Mackenzie, Healey & Wilson, P.C., Portland.

David C. Force and Vick & Gutzler, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Deits, Judge.

PER CURIAM

Reversed and remanded for reconsideration. *Aetna Casualty Co. v. Aschbacher*, 107 Or App 494, 812 P2d 844, *rev den* 312 Or 150 (1991).